**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE RIVER,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES ARMY CORPS OF<br>ENGINEERS, *et al.*,<br><br>                    Defendants. | Civil Action No. 16-2327 (JMC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court orders the following:

All claims against Lieutenant General Todd T. Semonite, sued in his official capacity, are **DISMISSED**. Accordingly, Lt. Gen. Semonite is **DISMISSED** from the case.

Next, the Court **PARTIALLY GRANTS** and **PARTIALLY DENIES** Defendant's Motion for Summary Judgment. ECF 79. The Court grants the motion as to all materials that Defendant withheld under the attorney-client and/or work-product privileges, and as to some materials that were withheld under the deliberative process privilege due to their potential to cause "public confusion." Those records are the following: SPDF01000095, SPDF01000096, SPDF01087483–7484, SPDF01098644–8646, SPDF01108669–8859, SPDF01108860–8862, SPDF01112798–2812, SPDF01113024–3031, SPDF03001614–1619, SPDF03005625–5709, SPDF03006282–6310, SPDF03007414–7415, SPDF03007586–7615, SPDF03009080–9082, SPDF03009443, SPDF03009444, and R_SPDF01000001–0008. The Court denies Defendant's motion as to all other withheld materials.

Finally, the Court **PARTIALLY GRANTS** and **PARTIALLY DENIES** Plaintiff's Cross-Motion for Summary Judgment. ECF 80. The Court orders Defendant to release all responsive materials that were withheld solely pursuant to the deliberative process privilege, with the exception of the specific records identified in the previous paragraph.

**SO ORDERED.**

DATE: June 21, 2023

_____
Jia M. Cobb
U.S. District Court Judge